UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| *This document relates to:* | JUDGE DAN AARON POLSTER |
| *All Cases Noted on Attached Exhibit* | |

## MASTER STIPULATION AND ORDER  DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO NATIONAL SETTLEMENT AGREEMENTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

of record for the Plaintiff Subdivisions identified in Appendix A (collectively, the "Dismissing

Plaintiffs") and Defendants McKesson Corporation, Cardinal Health, Inc., and

AmerisourceBergen Corporation (collectively and together with their Released Entities, the

"Settling Distributor Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to

participate in the Distributor Settlement Agreement, which was announced on July 21, 2021, which

is binding on the Dismissing Plaintiffs and the Settling Distributor Defendants, and which has an

Effective Date of April 2, 2022 (a copy of which is attached as Appendix B), all claims of each

Dismissing Plaintiff against any Settling Distributor Defendants, including any entity identified on

the attached Appendix C, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each

---

[1] The Released Entities are each and every entity of any of the Settling Distributor Defendants that is a "Released Entity" as set forth in Section I.HHH and Exhibit J of the Distributor Settlement Agreement, dated as of March 10, 2022, a copy of which is attached as Appendix B.  Appendix C, also attached hereto, represents a good faith effort by the Settling Distributor Defendants to list all Released Entities that may be individually named in any of the Dismissing Plaintiffs' complaints. Appendix C is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Settling Distributor Defendants subsequently identify any Released Entity that should have been included on Appendix C, they will inform the Clerk of the Court.

party to bear its own costs.  The Court shall retain jurisdiction with respect to the Distributor

Settlement Agreement to the extent provided under that Agreement.

Dated March 11, 2022                              Respectfully submitted,

Agreed as to form and substance:

                                                 */s/Jayne Conroy*
                                                 Jayne Conroy
                                                 SIMMONS HANLY CONROY
                                                 112 Madison Avenue, 7th Floor
                                                 New York, NY 10016
                                                 (212) 784-6400
                                                 (212) 213-5949 (fax)
                                                 jconroy@simmonsfirm.com

                                                 */s/Joseph F. Rice*
                                                 Joseph F. Rice
                                                 MOTLEY RICE LLC
                                                 28 Bridgeside Blvd.
                                                 Mt. Pleasant, SC 29464
                                                 (843) 216-9000
                                                 (843) 216-9290 (Fax)
                                                 jrice@motleyrice.com

                                                 */s/Paul T. Farrell, Jr.*
                                                 Paul T. Farrell, Jr., Esq.
                                                 FARRELL & FULLER LLC
                                                 1311 Ponce de Leone Ave., Suite 202
                                                 San Juan, PR  00907
                                                 (304)654-8281
                                                 paul@farrellfuller.com

                                                 *Plaintiffs' Co-Lead Counsel*

                                                 */s/Peter H. Weinberger*
                                                 Peter H. Weinberger (0022076)
                                                 SPANGENBERG SHIBLEY &LIBER
                                                 1001 Lakeside Avenue East, Suite 1700
                                                 Cleveland, OH 44114
                                                 (216) 696-3232
                                                 (216) 696-3924 (Fax)
                                                 pweinberger@spanglaw.com

                                                 *Plaintiffs' Liaison Counsel*

**MCKESSON CORPORATION, d/b/a**
**MCKESSON DRUG COMPANY**

*/s/Geoffrey E. Hobart*
Geoffrey E. Hobart
Mark H. Lynch
Sonya D. Winner
Christian J. Pistilli
Covington & Burling LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-5097
*Counsel for Defendant McKesson Corporation,*
*d/b/a McKesson Drug Company*

**AMERISOURCEBERGEN CORPORATION**

*/s/Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
*Counsel for AmerisourceBergen Corporation*

**CARDINAL HEALTH, INC.**

*/s/Enu A. Mainigi*
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
(202) 434-5000 / tel.
(202) 434-5029/ fax
emainigi@wc.com
*Attorneys for Defendant Cardinal Health, Inc.*

3

SO ORDERED this 14 day of March, 2022.

/s/Dan Aaron Polster
Hon. Dan Aaron Polster
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
|---|---|
| *This document relates to:* | Case No. 1:17-md-2804 |
| *All Cases Noted on Attached Exhibit* | JUDGE DAN AARON POLSTER |

## MASTER STIPULATION AND ORDER  DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO NATIONAL SETTLEMENT AGREEMENTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively and together with their Released Entities, the "Janssen Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Janssen Settlement Agreement, which is dated and was announced on July 21, 2021, which is binding on the Dismissing Plaintiffs and the Janssen Defendants, and which has an Effective Date of April 2, 2022 (a copy of which is attached as Appendix B), all claims of each Dismissing Plaintiff against any Janssen Defendant, including any entity identified on the attached Appendix

---

[1] The Released Entities are each and every entity of any of the Janssen Defendants that is a "Released Entity" as set forth in Section I.61 and Exhibit J of the Janssen Settlement Agreement, dated as of March 11, 2022, a copy of which is attached as Appendix B.  Appendix C, also attached hereto, represents a good faith effort by the Janssen Defendants to list all Released Entities that may be individually named in any of the Dismissing Plaintiffs' complaints.  Appendix C is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Janssen Defendants subsequently identify any Released Entity that should have been included on Appendix C, they will inform the Clerk of the Court.

C, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own

costs.  The Court shall retain jurisdiction with respect to the Janssen Settlement Agreement to the

extent provided under that Agreement.

March 11, 2022                                    Respectfully submitted,

Agreed as to form and substance:

                                        */s/Jayne Conroy*
                                        Jayne Conroy
                                        SIMMONS HANLY CONROY
                                        112 Madison Avenue, 7th Floor
                                        New York, NY 10016
                                        (212) 784-6400
                                        (212) 213-5949 (fax)
                                        jconroy@simmonsfirm.com

                                        */s/Joseph F. Rice*
                                        Joseph F. Rice
                                        MOTLEY RICE LLC
                                        28 Bridgeside Blvd.
                                        Mt. Pleasant, SC 29464
                                        (843) 216-9000
                                        (843) 216-9290 (Fax)
                                        jrice@motleyrice.com

                                        */s/Paul T. Farrell, Jr.*
                                        Paul T. Farrell, Jr., Esq.
                                        FARRELL & FULLER LLC
                                        1311 Ponce de Leone Ave., Suite 202
                                        San Juan, PR  00907
                                        (304)654-8281
                                        paul@farrellfuller.com

                                        *Plaintiffs' Co-Lead Counsel*


                                        */s/Peter H. Weinberger*
                                        Peter H. Weinberger (0022076)
                                        SPANGENBERG SHIBLEY &LIBER
                                        1001 Lakeside Avenue East, Suite 1700
                                        Cleveland, OH 44114
                                        (216) 696-3232
                                        (216) 696-3924 (Fax)
                                        pweinberger@spanglaw.com

                                        *Plaintiffs' Liaison Counsel*

2

_/s/Charles C. Lifland_____
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

_Attorney for Defendants Janssen_
_Pharmaceuticals, Inc., Johnson &_
_Johnson, Janssen Pharmaceutica, Inc._
_n/k/a Janssen Pharmaceuticals, Inc., and_
_Ortho-McNeil-Janssen Pharmaceuticals,_
_Inc. n/k/a Janssen Pharmaceuticals, Inc._

SO ORDERED this 14 day of March, 2022.

_/s/Dan Aaron Polster_____
Hon. Dan Aaron Polster
United States District Judge

3